NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Jerry Tatum, | No. CV-15-00711-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) and the Report and Recommendation ("R&R") (Doc. 37) of United States Magistrate Judge Bridget S. Bade, filed on March 14, 2018.

Petitioner filed a motion to voluntarily dismiss his amended petition for habeas corpus relief as moot. (Doc. 36 (citing *United States v. Franklin*, 235 F.3d 1165, 1173 (9th Cir. 2000) (citing *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).) Respondents agree that that amended petition is moot. (Doc. 36 at 4.) Because Petitioner and Respondents agree that the amended petition is moot, Judge Bade recommends that the motion for voluntary dismissal be granted. Additionally, in her recommendation Judge Bade advised the parties that they had 14 days from the date of service of a copy of the R&R within which to file specific written objections with the Court. To date, no objections have been filed, and the time to do so has now passed.

This Court has reviewed Petitioner's Motion to Dismiss (Doc. 36) and Judge Bade's R&R (Doc. 37) and agrees with Judge Bade's findings and recommendations.

Accordingly, and for the reasons stated herein,

IT IS ORDERED that Magistrate Judge Bade's Report and Recommendation (Doc. 37) is ACCEPTED and ADOPTED as the order of this Court.

IT IS FURTHER ORDERED that Petitioner's Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus as Moot (Doc. 36) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate this action.

**Dated** this 29th day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge